QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SABAS RICOLCO RIEGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-298 GEB |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE AND HEARING ON MOTION |
| v. ) | |
| SABAS RICOLCO RIEGO, ) | Date:  June 10, 2005 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Mary M. French, Attorney for the defendant, and William S. Wong, Assistant United States Attorney, attorney for the Plaintiff, that the current motion schedule be vacated, and that the following motion schedule be set:

   Government response due:     May 27, 2005

   Defense reply due:           June 3, 2005

   Motions hearing:             June 10, 2005

This continuance is requested because government counsel has requested additional time to respond to defendant's motion to dismiss.

The parties agree that time should continue to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E because the

1  defendant's motion has been filed with the Court.

2  Dated: May 5, 2005

3                                          Respectfully submitted,

4                                          QUIN DENVIR
                                           Federal Defender

6                                            /s/MARY M. FRENCH
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          SABAS RICOLCO RIEGO

9
                                           MCGREGOR W. SCOTT
10                                         United States Attorney

11

12 Dated: May 5, 2005                        /s/WILLIAM WONG
                                       BY: WILLIAM WONG
13                                         Assistant U.S. Attorney
                                           per telephonic authorization

14

15

16                                **ORDER**

17 **IT IS SO ORDERED.**

18 Dated:  May 10, 2005

19
                             /s/ Garland E. Burrell, Jr.
20                           GARLAND E. BURRELL, JR.
                             United States District Judge

21

22

23

24

25

26

27

28