1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   SABAS RICOLCO RIEGO
7

8

9

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,      )  No. CR-S-04-298 GEB
                                  )
14               Plaintiff,       )  STIPULATION AND [PROPOSED] ORDER
                                  )  VACATING BRIEFING SCHEDULE AND
15       v.                       )  HEARING ON MOTION AND SETTING
                                  )  STATUS CONFERENCE
16 SABAS RICOLCO RIEGO,           )
                                  )  Date:  June 24, 2005
17               Defendant.       )  Time:  9:00 a.m.
   _____)  Judge: Garland E. Burrell, Jr.
18

19      It is hereby stipulated between the parties, Mary M. French,

20 Attorney for the defendant, and William S. Wong, Assistant United

21 States Attorney, attorney for the Plaintiff, that the current motion

22 schedule and hearing date of June 10, 2005 be vacated, and that a

23 status conference be set for June 24, 2005 at 9:00 a.m.

24      This continuance is requested because the parties are working on a

25 plea agreement and time is needed to finalize the terms of the

26 agreement and for defense counsel to review it with her client.

27      The parties agree that time should continue to be excluded

28 pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code E because the

1  defendant's motion has been filed with the Court.

2  Dated: June 8, 2005

3                                          Respectfully submitted,

4                                          QUIN DENVIR
                                           Federal Defender

6                                              /s/MARY M. FRENCH
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          SABAS RICOLCO RIEGO

9
                                           MCGREGOR W. SCOTT
10                                         United States Attorney

11

12 Dated: June 8, 2005                        /s/WILLIAM WONG
                                       BY:  WILLIAM WONG
13                                          Assistant U.S. Attorney
                                            per telephonic authorization

14

15

16                                **ORDER**

17 **IT IS SO ORDERED.**

18 Dated:  June 8, 2005

19
                                    /s/ Garland E. Burrell, Jr.
20                                  GARLAND E. BURRELL, JR.
                                    United States District Judge

21

22

23

24

25

26

27

28

Stipulation & Order/Riego              2