1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   SABAS RICOLCO RIEGO

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,      )  No. CR-S-04-298 GEB
                                  )
14           Plaintiff,           )  STIPULATION AND [PROPOSED] ORDER
                                  )  CONTINUING STATUS CONFERENCE
15       v.                       )
                                  )
16 SABAS RICOLCO RIEGO,           )  Date:   July 22, 2005
                                  )  Time:   9:00 a.m.
17           Defendant.           )  Judge:  Garland E. Burrell, Jr.
   _____)

18

19       It is hereby stipulated between the parties, Mary M. French,

20 Attorney for the defendant, and William S. Wong, Assistant United

21 States Attorney, attorney for the Plaintiff, that the status conference

22 of June 24, 2005 be vacated and a new status conference be set for

23 July 22, 2005 at 9:00 a.m.

24       This continuance is requested because the parties continue working

25 on a plea agreement and time is needed to finalize the terms of the

26 agreement and for defense counsel to review it with her client.

27       The period from June 24, 2005 through and including July 22, 2005

28 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local

1  Code T4 based upon continuity of counsel and defense preparation
2  Dated: June 24, 2005
3                                          Respectfully submitted,
4                                          QUIN DENVIR
                                           Federal Defender
5
                                           /s/ Mary M. French
6                                          _____
                                           MARY M. FRENCH
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          SABAS RICOLCO RIEGO
9
10 Dated: June 24, 2005                    MCGREGOR W. SCOTT
                                           United States Attorney
11
12                                         /s/ Mary M. French for
                                           _____
13                                         WILLIAM S. WONG
                                           Assistant U.S. Attorney
14                                         per telephonic authorization
15
16                                **ORDER**
17 **IT IS SO ORDERED.**
18 Dated:  June 28, 2005
19
                                           /s/ Garland E. Burrell, Jr.
20                                         GARLAND E. BURRELL, JR.
                                           United States District Judge
21
22
23
24
25
26
27
28

Stipulation & Order/Riego              2