QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SABAS RICOLCO RIEGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-04-298 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | Date:   August 5, 2005 |
| SABAS RICOLCO RIEGO, ) | Time:   9:00 a.m. |
| ) | Judge:  Garland E. Burrell, Jr. |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated between the parties, Mary M. French, Attorney for the defendant, and William S. Wong, Assistant United States Attorney, attorney for the Plaintiff, that the status conference of July 22, 2005 be vacated and a new status conference be set for August 5, 2005 at 9:00 a.m.

This continuance is requested because the parties continue working on a plea agreement and time is needed to finalize the terms of the agreement and for defense counsel to review it with her client.

The period from July 22, 2005 through and including August 5, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local

1 | Code T4 based upon continuity of counsel and defense preparation
2 | Dated: July 21, 2005
3 | 　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
4 | 　　　　　　　　　　　　　　　　　　　　　QUIN DENVIR
　　　Federal Defender
5 |
　　　/s/ Mary M. French
6 | _____
　　　MARY M. FRENCH
7 | 　　　Assistant Federal Defender
　　　Attorney for Defendant
8 | 　　　SABAS RICOLCO RIEGO
9 |
10 | Dated: July 21, 2005　　　　　　　　　MCGREGOR W. SCOTT
　　　United States Attorney
11 |
12 | 　　　　　　　　　　　　　　　　　　　　　/s/ Mary M. French for
13 | _____
　　　WILLIAM S. WONG
　　　Assistant U.S. Attorney
14 | 　　　per telephonic authorization
15 |
16 | 　　　　　　　　　　　　**ORDER**
17 | **IT IS SO ORDERED.**
18 | Dated: July 22, 2005
19 |
20 | 　　　/s/ Garland E. Burrell, Jr.
　　　GARLAND E. BURRELL, JR.
　　　United States District Judge

Stipulation & Order/Riego　　　　　2