1  QUIN DENVIR, Bar #49374
   Federal Defender
2
   MARY M. FRENCH, Bar #126643
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   SABAS RICOLCO RIEGO
7

8

9

10            IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,     ) No. CR-S-04-298 GEB
                                 )
14             Plaintiff,        ) STIPULATION AND [PROPOSED] ORDER
                                 ) CONTINUING STATUS CONFERENCE
15      v.                       )
                                 )
16 SABAS RICOLCO RIEGO,          ) Date:   September 2, 2005
                                 ) Time:   9:00 a.m.
17             Defendant.        ) Judge:  Garland E. Burrell, Jr.
   _____ )
18

19      It is hereby stipulated between the parties, Mary M. French,

20 Attorney for the defendant, and William S. Wong, Assistant United

21 States Attorney, attorney for the Plaintiff, that the status conference

22 of August 5, 2005 be vacated and a new status conference be set for

23 September 2, 2005 at 9:00 a.m.

24      This continuance is requested because the parties have been

25 continuously working on a plea agreement which has been finalized and

26 just received from the government. As defense counsel will be out of

27 the district for the next three weeks, time is needed for her to review

28 it with her client.

The period from August 5, 2005 through and including September 2, 2005 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation

Dated: August 5, 2005

                                          Respectfully submitted,

                                          QUIN DENVIR
                                          Federal Defender

                                          /s/ Mary M. French
                                          _____
                                          MARY M. FRENCH
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          SABAS RICOLCO RIEGO

Dated: August 5, 2005                MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Mary M. French for
                                          _____
                                          WILLIAM S. WONG
                                          Assistant U.S. Attorney
                                          per telephonic authorization

                                          **ORDER**

**IT IS SO ORDERED.**

Dated:  August 8, 2005

                                          <u>/s/ Garland E. Burrell, Jr.</u>
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge