IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:04-cr-00298-GEB-1 |
| Plaintiff, ) | |
| ) | |
| v. ) | <u>ORDER</u> |
| ) | |
| SABAS RICOLCO RIEGO, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

        The warrant issued concerning the Petition filed on August 3, 2012, is withdrawn. Further, the Petition filed on August 3, 2012, in which it is alleged that Defendant violated a condition of supervised released, is scheduled for hearing on August 10, 2012, at 9:00 a.m. The probation officer shall inform Defendant and his counsel of this court date.

Dated:  August 9, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge